■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DELOR FUENTES, Appellant. [48 NYS3d 519]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Chun, J.), rendered August 18, 2014, convicting him of manslaughter in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court's *Molineux* ruling (*see People v Molineux*, 168 NY 264 [1901]) constituted a proper exercise of discretion. The evidence of the defendant's prior possession and display of a weapon was probative of the defendant's knowing possession of the weapon at the time of the crimes charged, and the risk of prejudice did not outweigh the probative value (*see People v Lawrence*, 141 AD3d 1079, 1081 [2016]; *People v Kidd*, 112 AD3d 994, 995 [2013]; *People v Phillips*, 84 AD3d 1274 [2011]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, without merit. Hall, J.P., Miller, Connolly and Brathwaite Nelson, JJ., concur.